IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:16MJ1201 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| | ) | |
| v. | ) | |
| | ) | |
| STEFAN G. NESTICH, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |

This matter came on to be heard upon the petition of Teresa Riley, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Sheriff, Summit County Jail, Akron, Ohio, and/or the Drug Enforcement Administration, and/or United States Marshal at Akron, Ohio.  The Court, being fully advised in the said matter, finds that the said Stefan G. Nestich, is detained in the Summit County Jail, Akron, Ohio, under the custody of said Sheriff.

The Court further finds that the said United States desires to proceed with an initial appearance on a Complaint charging a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), at Akron, Ohio, before the Honorable Magistrate Judge Kathleen B.

Burke on Tuesday, December 13, 2016, at 1:30 p.m., and to other court proceedings relating to such Complaint as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the Drug Enforcement Administration, and/or United States Marshal at Akron, Ohio.

_____
KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE
DATED: 12/9/2016