# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:16MJ1201 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WAIVER OF DETENTION HEARING |
| | ) | AND ORDER |
| STEFAN G NESTICH, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Kathleen B. Burke |

STEFAN G. NESTICH, the above named defendant, accused of having violated Title 21 841(a)(1) + (b)(1)(A), advised of the nature of the charge and of his rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
**KATHLEEN B. BURKE**
U.S. MAGISTRATE JUDGE

Date: 12/16/16

FILED 2016 DEC 16 PM 3:57 U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO AKRON